

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00741-CV

Edward R. **MEZA**, Jr., Sylvia Meza, Individually, and New Braunfels Home Health, Inc., d/b/a
N.B. Home Health,
Appellants

v.

**HONORCARE HOME HEALTH, INC.**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376006
Honorable Karen Crouch, Judge Presiding

# O R D E R

The reporter's record was due November 13, 2017. On November 16, 2017, the court reporter filed a notification of late record asking for an extension to December 15, 2017 – a thirty-two day extension. After review we **GRANT IN PART AND DENY IN PART** the reporter's request for additional time. Pursuant to Rule 35.3(c), an appellate court may not grant an extension of time to file the clerk's or reporter's record that exceeds thirty days. *See* Tex. R. App. P. 35.3(c). Thus, we grant the reporter a thirty-day extension of time to file the reporter's record, but deny her request for an extension of thirty-two days. We **ORDER** the court reporter to file the record in this court **on or before December 13, 2017.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court